UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| DANIEL WALTERS, | : | Case No. |
| Plaintiff, | : | |
| | : | Judge |
| v. | : | |
| | : | Magistrate Judge |
| GENTHERM MEDICAL LLC, | : | |
| Defendant. | : | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Gentherm Medical LLC ("Gentherm") hereby removes this action from the Hamilton County Court of Common Pleas in Cincinnati, Ohio, to the United States District Court for the Southern District of Ohio, Western Division.  Removal is proper because this Court has original jurisdiction under 28 U.S.C. § 1331 over issues in the Complaint.

1. Plaintiff commenced this cause of action on November 9, 2020 when he filed the Complaint in the Hamilton County Court of Common Pleas as Case No. A2003935.  The Complaint was served on Gentherm on November 12, 2020.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Gentherm are attached hereto as **Exhibit A.**

3. Plaintiff's Complaint alleges a violation of Plaintiff's rights under the Families First Coronavirus Response Act, Pub.L. No. 116-127.  These allegations raise claims involving federal questions under 28 U.S.C. § 1331.

4. Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because the Notice of Removal is filed no later than thirty (30) days after Gentherm first

28382447v1

received the Complaint on November 12, 2020, which, for the first time, made the action removable. *See* 28 U.S.C. § 1446(b)(1).

5. The United States District Court for the Southern District of Ohio, Western Division, has original jurisdiction over this action under 28 U.S.C. § 1331 because the Complaint asserts claims or issues presenting federal questions arising in whole or in part under the Constitution, laws, or treaties of the United States.

6. More specifically, this Court has jurisdiction over this matter as Plaintiff's Complaint includes allegations regarding violations of Families First Coronavirus Response Act, 29 U.S.C. § 2620 et seq. *See* Compl. at ¶¶ 3, 95-103.

7. Venue is proper because the United States District Court for the Southern District of Ohio, Western Division, embraces the Court of Common Pleas for Hamilton County, Ohio, the forum from which this case has been removed. *See* 28 U.S.C. § 1441(a).

8. Concurrent with filing this Notice of Removal, Defendant will file a notice of removal, together with a copy of this Notice of Removal, with the clerk of the Court of Common Pleas for Hamilton County, Ohio, and will serve on all counsel of record.

9. This action has not previously been removed to federal court.

Dated: December 10, 2020        Respectfully submitted,

/s/ Evan T. Priestle
Evan T. Priestle (0089889)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0208
epriestle@taftlaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, a true and correct copy of the foregoing document was filed electronically in the United States District Court for the Southern District of Ohio, with notice of same being electronically served by the CM/ECF system, to all attorneys of record.  In addition, a copy of this Notice has been served via electronic mail and First Class U.S. Mail, postage prepaid, upon the following:

Matthew G. Bruce (0083769)
Evan McFarland (0096953)
The Spitz Law Firm LLC
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, Ohio 45246
(216) 291-0244 x173
Matthew.bruce@spitzlawfirm.com
Evan.mcfarland@spitzlawfirm.com

/s/ Evan T. Priestle

28382447v1
37199426.1