**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| DANIEL WALTERS, | ) | CASE NO. 1:20-cv-00992 |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | |
| | ) | |
| GENTHERM MEDICAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this case, with each party to bear its own court costs.

Respectfully submitted,

 */s/ Sean F. Crotty*  
Sean F. Crotty (*pro hac vice*)  
HONIGMAN LLP  
660 Woodward Ave  
Ste 2290  
Detroit, MI 48226  
Tel: 313-465-7336  
Fax: 313-465-7337  
Email: scrotty@honigman.com  

Evan T. Priestle (0089889)  
TAFT STETTINIUS & HOLLISTER LLP  
425 Walnut Street, Suite 1800  
Cincinnati, OH 45202  
Tel: (513) 381-2838  
Fax: (513) 381-0205  
Email: epriestle@taftlaw.com  

*Attorneys for Defendant*

*/s/ Matthew G. Bruce*  
Matthew G. Bruce (0083769)  
Trial Attorney  
Evan R. McFarland (0096953)  
THE SPITZ LAW FIRM, LLC  
Spectrum Office Tower  
11260 Chester Road, Suite 825  
Cincinnati, OH 45246  
Email: matthew.bruce@spitzlawfirm.com  

*Attorneys for Plaintiff*

1